UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-61441-BB

ALONZA HUGHES

    Plaintiff,

v.

FOCUS RECEIVABLES MANAGEMENT, LLC,

    Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, ALONZA HUGHES, and Defendant FOCUS RECEIVABLES MANAGEMENT, LLC, by and through their undersigned counsel, hereby notify the Court that they have reached a full and final settlement agreement. Plaintiff and Defendant are in the process of finalizing the settlement and will file a stipulation of dismissal as soon as practicable.

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        Respectfully submitted,

        COLE, SCOTT & KISSANE, P.A.
        Counsel for Defendant
        Dadeland Centre II
        9150 South Dadeland Boulevard
        Suite 1400
        Miami, Florida 33156

        E-Mail: scott.cole@csklegal.com
        Telephone: (305) 350-5300
        Facsimile: (305) 373-2294

By:   */s/ Brian A. Dominguez*
        SCOTT COLE
        FBN: 885630
        Brian A. Dominguez
        FBN:91019