# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 15-cv-61441-BB

**ALONZA HUGHES**

    Plaintiff,

v.

**FOCUS RECEIVABLES MANAGEMENT, LLC**

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

An amicable settlement of all matters and things in dispute between the parties hereto having been made, it is hereby:

**STIPULATED AND AGREED** by and between the respective parties hereto that the above causes as to and between **ALONZA HUGHES** and **FOCUS RECEIVABLES MANAGEMENT, LLC** are dismissed with prejudice, and each party is to bear their own costs and attorneys' fees.

DATED: January 15, 2016.

| | |
|---|---|
| MILITZOK & LEVY, P.A. | Cole, Scott, & Kissane, P.A. |
| Attorneys for the Plaintiff | Attorneys for the Defendant |
| The Yankee Clipper Law Center | 9150 South Dadeland Boulevard |
| 3230 Stirling Road, Suite 1 | Suite 1400 |
| Hollywood, Florida 33021 | Miami, FL 33156 |
| Telephone: (954) 727-8570 | Telephone: 786-268-6458 |
| Email: mjm@mllawfl.com | Email: brian.dominguez@csklegal.com |
| By: /s/ Matthew J. Militzok | By: /s/ Brian Dominguez |
|     Matthew J. Militzok, Esq. |     Brian Dominguez, Esq. |
|     Florida Bar No. 0153842 |     Florida Bar No. 91019 |