UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-CIV-61441-BLOOM/Valle

ALONZA HUGHES,

    Plaintiff,
v.

FOCUS RECEIVABLES MANAGEMENT, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon Plaintiff's Stipulation of Dismissal with Prejudice, ECF No. [27] ("Stipulation"). On December 7, 2015, the parties filed a Notice of Settlement, ECF No. [23], indicating that this matter had been settled. Accordingly, the Court administratively closed the file and instructed the parties to file a stipulation of dismissal on or before December 28, 2015. *See* ECF No. [24]. On Januyary 4, 2015, the Court issued another Order instructing the parties to file a stipulation of dismissal on or before January 11, 2016. On January 12, 2015, after the parties failed to comply, yet again, the Court dismissed this action *sua sponte*. Order, ECF No. [26]. On January 15, 2015, four days after the already extended deadline, Plaintiff submitted the instant Stipulation. In future litigation, Plaintiff's counsel would be wise to adhere to the Court's deadlines. Nevertheless, it is hereby **ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

    **DONE AND ORDERED** in Miami, Florida this 15th day of January, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record